PHILIP E. SULLIVAN *v.* AMERICAN CELLOPHANE, INC.
(FORMERLY L.G., INC.) ET AL.
(6874)

SPALLONE, DALY and JACOBSON, Js.

Argued April 4—decision released April 12, 1989

*Philip E. Sullivan,* pro se, the appellant (plaintiff).

*Raymond T. DeMeo,* with whom, on the brief, was *Steven L. Richards,* for the appellee (named defendant).

*Susan L. Miller,* for the appellee (defendant Kenneth Shluger).

*John B. Farley,* with whom, on the brief, was *Thomas J. Hagarty, Jr.,* for the appellee (defendant Jon Schoenhorn).

*William O. Riiska,* for the appellee (defendant Igor Sikorsky).

PER CURIAM. We have carefully reviewed the record in the light of those claims of error properly before us and find such averments to be without merit.

There is no error.